IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROMOS TECHNOLOGIES, INC.,<br><br>                Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG SEMICONDUCTOR, INC., and<br>SAMSUNG AUSTIN SEMICONDUCTOR,<br>LLC,<br><br>                Defendants. | Civil Action No. 15-898-SLR |

**STIPULATION FOR EXTENSION**

WHEREAS on October 8, 2015, plaintiff ProMOS Technologies, Inc. ("ProMOS") filed a complaint against Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"); Samsung Semiconductor, Inc. ("SSI"); and Samsung Austin Semiconductor, LLC. ("SAS") (collectively, "the Samsung Defendants");

WHEREAS defendants SEC has not yet been served with the Complaint;

WHEREAS defendant SAS was served via its registered agent on October 8, 2015 and its response to ProMOS's Complaint is currently due October 29, 2015;

WHEREAS defendant SEA was served via its registered agent on October 12, 2015 and its response to ProMOS's Complaint is currently due November 2, 2015;

WHEREAS defendant SSI was served via its registered agent on October 9, 2015 and its response to ProMOS's Complaint is currently due October 30, 2015;

WHEREAS, SEC is a company with its principal place of business in Korea and ProMOS requested that SEC waive service pursuant to Fed. R. Civ. P. 4(d)(3);

WHEREAS, Defendant SEC has agreed to waive service of the Complaint pursuant to Rule 4(d)(3);

WHEREAS, Rule 4(d)(3) provides 90 days from the date of the request for wavier for SEC to respond to the Complaint; and

WHEREAS, the parties have agreed to waive service and/or extend deadlines so that all the Samsung Defendants may respond to the Complaint together;

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the approval of the Court, that:

(1) SEC waives service of process and the defense of insufficiency of service of process, but reserves all other defenses otherwise available; and

(2) the time by which the Samsung Defendants must answer, move or otherwise respond to ProMOS's complaint is extended through and including January 13, 2016.

Dated:  October 16, 2015

| ROSS ARONSTAM &MORITZ LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *Benjamin J. Schladweiler*<br>David E. Ross (No. 5228)<br>Benjamin J. Schladweiler (No. 4601)<br>100 South West Street, Suite 400<br>Wilmington, DE 19801<br>(302) 576-1600<br>*dross@ramllp.com*<br>*bschladweiler@ramllp.com*<br><br>*Attorneys for Plaintiff* | /s/ *Pilar G. Kraman*<br>Adam W. Poff (No. 3990)<br>Pilar G. Kraman (No. 5199)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>*apoff@ycst.com*<br>*pkraman@ycst.com*<br><br>*Attorneys for Defendants* |

SO ORDERED this ___ day of October, 2015.

_____
United States District Judge